Case 13-35053　Filed 05/29/14　Doc 81



FILED

MAY 29 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

EARL COREY PAZ and
CYNTHIA MARIE SHUMP,

    Debtors

Case No. 13-35053-C-7
Docket Control No. MPD-5

**NOT FOR PUBLICATION**

**MEMORANDUM OPINION AND DECISION**
**TRUSTEE'S MOTION FOR TURNOVER OF INFORMATION AND PROPERTY**

    The Chapter 7 Trustee in the above-entitled bankruptcy case, John Reger ("Trustee"), seeks an order compelling Debtors Earl Corey Paz and Cynthia Marie Shump ("Debtors"), to turnover eight categories of information and property pursuant to 11 U.S.C. § 542.

    In filing their Chapter 7 petition on November 26, 2013, the Debtors listed rental property located at (1) 4795 Railroad Avenue, Vina, CA ("Rental 1"); (2) 8340 Sherwood Boulevard, Los Molinos, CA ("Rental 2"); (3) 465 F Street, Tehama CA ("Rental 3"); and (4.) 8645 State Highway 99E, Los Molinos, CA ("Rental 4").

    The Chapter 7 Trustee states that he hired a broker to list the three rental properties, but believes that the broker hired was operating on incorrect information based on "substantial misrepresentations" made by Debtors concerning the true value, the ownership, and the liens encumbering the properties. Debtors have filed a Motion to Convert their Chapter 7 Case to a Chapter 13 case, making dramatic changes to their reported income in



asserting that they would now be eligible for Chapter 13 relief.

Asserting Debtors' alleged misrepresentations and questionable changes to their originally filed schedules, Trustee requested the below listed information and properties in an email sent to Debtors' counsel on March 11, 2014. The items and information sought, per Exhibit A, Dckt. No. 62, consist of the following:

> (1.) Rent being collected on rentals with accounting showing all rent paid by each tenant, for each rental, from the dating of filing through present and what expenses were paid with the rent collected. The rental properties include: 4795 Railroad Avenue, Vina, California; 8340 Sherwood Blvd, Los Molinos, California; 465 F. Street, Tehama, California; and 8645 State Highway 99E, Los Molinos, California.
>
> (2.) The original lease for 465 F Street, Tehama, California. Trustee also requests explanations for how Debtor could enter the lease on December 1, 2013, five days after filing Chapter 7 petition, and why the lease was not disclosed, in addition to providing accounting information.
>
> (3.) Confirmation that 8340 Sherwood Boulevard, Los Molinos, California is under a month-to-month rental agreement and turnover the security deposit received on the property.
>
> (4.) A copy of the most recent statement from the lender for 4795 Railroad Avenue, Vina, California and confirmation that payment is current. Trustee also requests an explanation of Debtor's authority to enter this agreement post-petition with a start date of February 7, 2014.
>
> (5.) Telephone numbers for all tenants of Debtors' rental properties.
>
> (6.) Copies of all insurance policies currently in effect on the properties.
>
> (7.) Closing statements received for purchases of every real property listed by Debtors.
>
> (8.) A complete copy of Debtors' tax returns, including depreciation schedules, state and federal, for the years of 2010-2013.

On May 13, 2014, Counsel for Trustee and Counsel for Debtors appeared for a hearing on the Motion for Turnover. Trustee's counsel reported that Trustee had not received any of the rental payments, and that the information that has been obtained by Trustee indicates that the properties are generating rental proceeds, but that it was unclear whether Joint Debtor Earl Paz or his partners were collecting the rent monies.

Debtor's counsel stated that Joint Debtor Earl Paz is working with the co-owners of the properties to obtain the paperwork that Debtor currently does not have access to, to resolve the issues raised by Trustee in his request for documents and rental payments.

At the hearing, the court granted the Trustee's Motion for Turnover of Property on or before noon on June 6, 2014. The Debtors, and each of them, are required to turnover information concerning the Properties and turn over the rents to the Chapter 7 Trustee.

This Memorandum Opinion and Decision, and the further Findings of Fact and Conclusions of Law stated orally on the record, are made pursuant to Federal Rule of Civil Procedure 52 and Federal Rules of Bankruptcy Procedure 7052, 9014.

The court shall issue an order consistent with this Ruling.

Dated: May 29, 2014

Honorable Ronald Sargis
UNITED STATES BANKRUPTCY JUDGE

1                      **INSTRUCTIONS TO CLERK OF COURT**
                                **SERVICE LIST**

2

3        The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

4 Michael P. Dacquisto, Esq.
   1901 Court Street
5 Redding, California 96001

6 John W. Reger
   Chapter 7 Trustee
7 280 Hemsted, Suite C
   Redding, CA 96002
8
   Gabriel Klug, Esq.
9 Law Offices of Gabriel D. Klug
   1104 Corporate Way
10 Sacramento, CA 94831

11 Earl Corey Paz
   8615 Clinty Lane
12 Los Molinos, CA 96055

13 Cynthia Marie Shump
   8615 Clinty Lane
14 Los Molinos, CA 96055

15

16

17

18

19

20

21

22

23

24

25

26

27

28